UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALEN GREGG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUIDEONE INSURANCE COMPANY,<br>et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00146-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 43) |

On March 10, 2026, the parties filed a stipulation of dismissal, stating as follows:

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a)(1), by and between Plaintiff Galen Gregg and Defendant GuideOne Insurance Company aka GuideOne Mutual Insurance Company, as follows:

1. This action was commenced on December 18, 2023.
2. This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.
3. This action is hereby dismissed, in its entirety, without prejudice. Each party shall bear its own litigation costs and attorney's fees. It is so stipulated.

(ECF No. 43).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

\\\

1

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 11, 2026**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

2